PHILIP STEVEN HORNE, ESQ. 173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.

| | | |
|---|---|---|
| Office: | 1155 Market Street | |
| | San Francisco, California 94103 | |
| Voice: | 415.552.2740 and 415.553.7781 | |
| Facsimile: | 415.552.2770 and 415.553.7791 | |
| Electronic: | philhorne@sbcglobal.net | |
| Post: | 377 Hermann Street | |
| | San Francisco, California 94117 | |

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR, <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION, a Corporation, WACHOVIA SBA LENDING, INC., a Corporation, KENNETH MCGUIRE, an Individual, ANN NONEMAKER, an Individual, and DOES 1-300, <br><br> Defendants. | No. C-07-04551-WDB <br><br> **REQUEST FOR JURY TRIAL** |

Plaintiffs hereby demand a trial by jury.

2007 September 04          /s/Philip Steven Horne, Esq.
                           Philip Steven Horne, Esq.
                           LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
                           ATTORNEYS FOR PLAINTIFFS KNAPP AND DEAR