# LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
# LABOR AND PROPERTY LITIGATION

1155 Market Street
San Francisco, California 94103
Electronic:  philhorne@sbcglobal.net
Voice:  415.552.2740 and 415.553.7781
Facsimile:  415.552.2770 and 415.553.7791
Post: 377 Hermann Street, San Francisco, California 94117

*Via Post and Email 2007 November 28*

The Honorable Wayne D. Brazil
MAGISTRATE OF THE DISTRICT COURT
UNITED STATES DISTRICT COURT
1301 Clay Street, Suite 400 S
Oakland, California 94612

    Re. KNAPP V. WACHOVIA/07-04551-WDB
    ORDER CONTINUING INITIAL CASE
    MANAGEMENT CONFERENCE

Judge Brazil:

I am the attorney for plaintiffs herein.  Our matter is set for Initial Case Management Conference on December 11th, 2007.

I served a Waiver of Summons on defendants.  I have been in contact with counsel for defendants, Mark J. Grajski of the Seyfarth Law Firm.  He agreed to return the Waiver of Summons by 2007 December 10th.

**Mr. Grajski and I have agreed that the Case Management Conference should be continued for sixty (60) days.**  I sent Mr. Grajski the accompanying stipulated order regarding continuing the Conference.

Mr. Grajski authorized me to represent to this Court that he concurs with the substance of the stipulation.  He does not want to sign the stipulation only because he is concerned it could prejudice any motion to change venue that his clients may bring.

Also accompanying is a proposed order without the stipulation language.

Sincerely,

Philip Steven Horne, Esq.
LO PHILIP STEVEN HORNE, ESQ.
ATTORNEYS FOR PLAINTIFFS
cc. Mark J. Grajski

PHILIP STEVEN HORNE, ESQ.  173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.

| | |
|---|---|
| Office: | 1155 Market Street |
| | San Francisco, California 94103 |
| Voice: | 415.552.2740 and 415.553.7781 |
| Facsimile: | 415.552.2770 and 415.553.7791 |
| Electronic: | philhorne@sbcglobal.net |
| Post: | 377 Hermann Street |
| | San Francisco, California 94117 |

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR,<br><br>    Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, a Corporation,<br>WACHOVIA SBA LENDING, INC., a Corporation,<br>KENNETH MCGUIRE, an Individual,<br>ANN NONEMAKER, an Individual,<br>and DOES 1-300,<br><br>    Defendants. | No. 07-04551-WDB<br><br>**STIPULATED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Plaintiffs served defendants with a Notice of Lawsuit and Request for Waiver of Summons on 2007 November 10.  Counsel for Defendants has indicated he will return said by 2007 December 10.  The parties STIPULATE AND AGREE as follows:

To vacate the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

To set the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference to 2008 January 21;

To set the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re. Contents of Joint Case Management Statement to 2008 February 04; and

To set the INITIAL CASE MANAGEMENT CONFERENCE in Courtroom 4, Oakland at 4:00 p.m. on 2008 February 11.

IT IS SO STIPULATED.

2007 November 27  /s/Philip Steven Horne, Esq.
LAW OFFICES OF PHIILIP STEVEN HORNE, ESQ.
ATTORNEYS FOR PLAINTIFFS

_____
Mark J. Grajski, Esq.
SEYFARTH SHAW, LLP
ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED.

2007 November _____    _____
The Honorable Wayne D. Brazil
UNITED STATES DISTRICT MAGISTRATE

*Stipulated Order Continuing Initial Case Management Conference and ADR Deadlines*
*Page 2*

PHILIP STEVEN HORNE, ESQ.  173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.

    Office:        1155 Market Street
                         San Francisco, California 94103
    Voice:        415.552.2740 and 415.553.7781
    Facsimile:    415.552.2770 and 415.553.7791
    Electronic:   philhorne@sbcglobal.net
    Post:         377 Hermann Street
                         San Francisco, California 94117

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP,<br>THOMAS HAMPTON DEAR,<br><br>    Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION,<br>a Corporation,<br>WACHOVIA SBA LENDING, INC.,<br>a Corporation,<br>KENNETH MCGUIRE, an Individual,<br>ANN NONEMAKER, an Individual,<br>and DOES 1-300,<br><br>    Defendants. | No. 07-04551-WDB<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Before the Court is plaintiffs' request, filed 2007 November 28, for a 60-day continuance of the case management conference, currently scheduled for 2007 December 11, for the stated reason that, because defendants were recently served, insufficient time exists to meet and confer prior to the conference.

GOOD CAUSE APPEARING THEREFORE, this Court finds as follows:

The ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES IS VACATED;

The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is re-set to 2008 January 21;

The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re. Contents of Joint Case Management Statement is re-set to 2008 February 04; and

The INITIAL CASE MANAGEMENT CONFERENCE is re-set to Courtroom 4, Oakland at 4:00 p.m. on 2008 February 11.

Plaintiff shall serve a copy of this order on defendants not later than 2007 December 10 and file proof of such service by that date.

IT IS SO ORDERED.

2007 November _____           _____
                              The Honorable Wayne D. Brazil
                              UNITED STATES DISTRICT MAGISTRATE