PHILIP STEVEN HORNE, ESQ.  173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.

    Office:      1155 Market Street
                      San Francisco, California 94103
    Voice:      415.552.2740 and 415.553.7781
    Facsimile:  415.552.2770 and 415.553.7791
    Electronic:  philhorne@sbcglobal.net
    Post:       377 Hermann Street
                      San Francisco, California 94117

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP,<br>THOMAS HAMPTON DEAR,<br><br>   Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION,<br>a Corporation,<br>WACHOVIA SBA LENDING, INC.,<br>a Corporation,<br>KENNETH MCGUIRE, an Individual,<br>ANN NONEMAKER, an Individual,<br>and DOES 1-300,<br><br>   Defendants.<br>―――――――――――――――――――――― | No. 07-04551-WDB<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Before the Court is plaintiffs' request, filed 2007 November 28, for a 60-day continuance of the case management conference, currently scheduled for 2007 December 11, for the stated reason that, because defendants were recently served, insufficient time exists to meet and confer prior to the conference.

GOOD CAUSE APPEARING THEREFORE, this Court finds as follows:

The ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES IS VACATED;

The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is re-set to 2008 January 21;

The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re. Contents of Joint Case Management Statement is re-set to 2008 February 04; and

The INITIAL CASE MANAGEMENT CONFERENCE is re-set to Courtroom 4, Oakland at 4:00 p.m. on 2008 February 11.

Plaintiff shall serve a copy of this order on defendants not later than 2007 December 10 and file proof of such service by that date.

IT IS SO ORDERED.

2007 November 29

_____
The Honorable Wayne D. Brazil
UNITED STATES DISTRICT MAGISTRATE