1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
3  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
4  Email: mgrajski@seyfarth.com

5  SEYFARTH SHAW LLP
   Eden Anderson (SBN 233464)
6  560 Mission Street, Suite 3100
   San Francisco, California 94105
7  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
8  Email: eanderson@seyfarth.com

9  Attorneys for Defendants
   WACHOVIA CORPORATION, WACHOVIA SBA LENDING, INC.
10 KENNETH MCGUIRE, and ANN NONEMAKER

11                UNITED STATES DISTRICT COURT

12           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | LEITH PATRICK KNAPP, THOMAS       ) Case No. C 07 4551 WDB
   | HAMPTON DEAR                      )
14 |                                   ) **DECLARATION OF KENNETH**
   |                                   ) **MCGUIRE IN SUPPORT OF**
15 |       Plaintiffs,                 ) **DEFENDANTS' MOTION TO**
   |                                   ) **TRANSFER VENUE**
16 |       v.                          )
   |                                   ) Date: February 20, 2008
17 | WACHOVIA CORPORATION, a Corporation; ) Time: 1:30 p.m.
   | WACHOVIA SBA LENDING, INC., a     ) Judge: Hon. Magistrate Wayne D. Brazil
18 | Corporation; KENNETH MCGUIRE, an  ) Dept.: Courtroom 4, 3rd Floor
   | Individual; ANN NONEMAKER, an Individual,)
19 | and DOES 1-300,                   )
   |                                   )
20 |       Defendants.                 )
   |_____)

21         I, Kenneth McGuire, declare:

22         1.    I am a Senior Vice President and National Sales Manager for defendant Wachovia

23 SBA Lending, Inc. ("WSBA"). I have held that position and title since May 2005. I make this

24 declaration in support of defendants' motion to transfer venue. I have personal knowledge of the

25 facts set forth in this declaration, and if called as a witness, I could and would testify to the truth

26 of these facts.

27

28                                              1
   _____
         DECLARATION OF KENNETH MCGUIRE IN SUPPORT OF
   DEFENDANTS' MOTION TO TRANSFER VENUE – Case No. C-07-4551 WDB
   SC1 17089718.1

2.    WSBA is headquartered in Roseville, California and incorporated under the laws of the State of New Jersey. WSBA is 100% owned by The Money Store, L.L.C. The Money Store, L.L.C., in turn, is owned by The Shetland Investment Group, LLC, Wachovia Bank National Association, and Bart, Inc. Defendant Wachovia Corporation is a holding company and the parent corporation of Wachovia Bank, National Association. Wachovia Corporation exercises no control over WSBA's day-to-day operations.

3.    WSBA provides U.S. Small Business Administration 7(a) program guaranteed commercial loans to small businesses and operates under the trade name Wachovia Small Business Capital. WSBA's operations are based in Roseville, California. Plaintiffs Leith Patrick Knapp and Thomas Hampton Dear worked as Commercial Business Lenders for WSBA in Roseville. During the time they worked for WSBA, they both reported their residence as 6104 Marlee Circle, Rocklin, California. I am informed and believe that both plaintiffs still live in Rocklin and that they both work in the greater Sacramento area.

4.    The vast majority of the witnesses identified in plaintiffs' complaint worked for WSBA in Roseville, and resided in the Roseville area. These people include myself, Michael Stokes, "J.C. Monteau," Michael David, Karen Mercado and Thomas Collopy. Ann Nonemaker also worked for WSBA in Roseville and lived in the Roseville area until around August 2006 when she moved to Doylestown, Pennsylvania. All of the "coworkers" referenced in the Complaint also worked at WSBA's Roseville offices. The complaint makes reference to numerous incidents and events that occurred at WSBA's Roseville offices and which form the basis of the plaintiffs' claims.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 9, 2008, at Sacramento, California.

/s/ Kenneth McGuire
Kenneth McGuire

2
DECLARATION OF KENNETH MCGUIRE IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE – Case No. C-07-4551 WDB

SC1 17089718.1