1   SEYFARTH SHAW LLP
    Mark Grajski (SBN 178050) MGrajski@seyfarth.com
2   400 Capital Mall #2350
    Sacramento, California 95814
3   Telephone: (916) 448-0159
    Facsimile: (916) 558-4839
4
    SEYFARTH SHAW LLP
5   Eden Anderson (SBN 233464) EAnderson@seyfarth.com
    560 Mission Street, Suite 3100
6   San Francisco, California 94105
    Telephone: (415) 397-2823
7   Facsimile: (415) 397-8549

8
    Attorneys for Defendants
9   WACHOVIA CORPORATION,
    WACHOVIA SBA LENDING, INC.,
10  KENNETH MCGUIRE, and ANN NONEMAKER

11              UNITED STATES DISTRICT COURT

12        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  LEITH PATRICK KNAPP, THOMAS          )   Case No. C-07-4551 WDB
    HAMPTON DEAR,                        )
14                                       )   **[PROPOSED] ORDER GRANTING**
                                         )   **DEFENDANTS' MOTION TO**
15             Plaintiffs,               )   **TRANSFER VENUE UNDER 28 U.S.C.**
                                         )   **§ 1404(A) OR, IN THE ALTERNATIVE,**
16         v.                            )   **TO TRANSFER VENUE UNDER 28**
                                         )   **U.S.C. § 1406(A), AND TO DISMISS**
17  WACHOVIA CORPORATION, a Corporation, )   **PURSUANT TO FRCP 12(B)(3)**
    WACHOVIA SBA LENDING, INC., a        )
18  Corporation, KENNETH MCGUIRE, an     )
    Individual, ANN NONEMAKER, an        )   Date:  February 20, 2008
19  Individual, and DOES 1-300,          )   Time: 1:30 p.m.
                                         )   Judge: Hon. Magistrate Wayne D. Brazil
20             Defendants.               )   Dept./Place:  Courtroom 4, 3rd Floor
    _____)

21

22          Defendants Wachovia Corporation, Wachovia SBA Lending, Inc., Kenneth McGuire and

23  Ann Nonemaker's ("Defendants") Motion to Transfer Venue Under 28 U.S.C. § 1404(a) or, in

24  the alternative, to Transfer Venue Under 28 U.S.C. § 1406(a), and to Dismiss Pursuant to FRCP

25  12(B)(3) came on for hearing on Wednesday, February 20, 2008, at 1:30 p.m. in Courtroom 4,

26  3rd Floor, of this Court located at 1301 Clay Street, Oakland, California, Magistrate Judge Wayne

27  D. Brazil presiding.  Counsel appeared on behalf of Plaintiffs and on behalf of Defendants.  After

28

1    consideration of the points and authorities and the evidence, as well as the oral argument of

2    counsel, IT IS ORDERED:

3         Defendants' Motion to Transfer Venue is GRANTED.  This matter is hereby transferred

4    to the Eastern District of California;

5         AND

6         Plaintiffs' first cause of action against Defendant Ann Nonemaker is dismissed pursuant

7    to Federal Rule of Civil Procedure 12(b)(3).

8         IT IS SO ORDERED.

9

10        Dated: _____                      _____

                                          Magistrate Judge Wayne D. Brazil

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE
Case No. C-07-4551 WDB