```
SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

SEYFARTH SHAW LLP
Eden E. Anderson (SBN 233464)
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, et al., | No. C 07 4551 WDB |
| Plaintiff(s), | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| v. | AND |
| WACHOVIA CORPORATION, et al., | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

SEYFARTH SHAW LLP

Dated: 1/9/08

Signature _Eden Anderson_

Counsel for  Defendants
(Plaintiff, Defendant, or indicate "pro se")