SEYFARTH SHAW LLP
Mark Grajski (SBN 178050) MGrajski@seyfarth.com
400 Capital Mall #2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Eden Anderson (SBN 233464) EAnderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
WACHOVIA CORPORATION,
WACHOVIA SBA LENDING, INC.,
KENNETH MCGUIRE, and ANN NONEMAKER

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR, | Case No. C-07-4551 SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE UNDER 28 U.S.C. § 1406(A), AND TO DISMISS PURSUANT TO FRCP 12(B)(3)** |
| v. | |
| WACHOVIA CORPORATION, a Corporation, WACHOVIA SBA LENDING, INC., a Corporation, KENNETH MCGUIRE, an Individual, ANN NONEMAKER, an Individual, and DOES 1-300, | Date: February 22, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston<br>Dept./Place: Courtroom 10, 19th Floor |
| Defendants. | |

Defendants Wachovia Corporation, Wachovia SBA Lending, Inc., Kenneth McGuire and Ann Nonemaker's ("Defendants") Motion to Transfer Venue Under 28 U.S.C. § 1404(a) or, in the alternative, to Transfer Venue Under 28 U.S.C. § 1406(a), and to Dismiss Pursuant to FRCP 12(B)(3) came on for hearing on Friday, February 22, 2008, at 9:00 a.m. in Courtroom 10, 19th Floor, of this Court located at 450 Golden Gate Avenue, San Francisco, California, United States District Court Judge Susan Illston presiding. Counsel appeared on behalf of Plaintiffs and on

[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE
Case No. C-07-4551 SI

1 | behalf of Defendants. After consideration of the points and authorities and the evidence, as well
2 | as the oral argument of counsel, IT IS ORDERED:
3 |     Defendants' Motion to Transfer Venue is GRANTED. This matter is hereby transferred
4 | to the Eastern District of California;
5 |     AND
6 |     Plaintiffs' first cause of action against Defendant Ann Nonemaker is dismissed pursuant
7 | to Federal Rule of Civil Procedure 12(b)(3).
8 |     IT IS SO ORDERED.

Dated: _____

                                                  Susan Illston
                                                  United States District Court Judge