# LAW OFFICE OF PHILIP STEVEN HORNE, ESQ.

# LABOR AND PROPERTY LITIGATION

**1155 Market Street**
**San Francisco, California 94103**
**philhorne@sbcglobal.net**
**415.552.2740//415.552.2770 (f)**

*Electronic and Personal Delivery 2008 January 30*

The Honorable Susan Illston
JUDGE OF THE DISTRICT COURT
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

                    RE:     KNAPP v. WACHOVIA/3:07-cv-04551
                            MEDICAL CONDITION OF COUNSEL FOR PLAINTIFF

Dear Judge Illston:

Since approximately 2008 January 02, I have been in treatment with Dr. Robin Serrahn, MD of UCSF, for a bleeding ulcer (caused by the ingestion of NS Aids for Sciatica).  This is a severe and life-threatening condition that kills more Americans each year than HIV.

I am 5'10".  The condition caused my weight to drop from 155 to 127 pounds.  I am extremely weak and have not been capable of working for the past two weeks.  I am enduring constant pain from the Sciatica, ulcer, and skin lesions related to the ulcer.  I have been prescribed and take heavy duty narcotics (Oxycodone).  I am not capable of working when I take the pain killers.

In the present matter, there is a FRCP Section 12(b)(3) motion set for February 22.  My opposition is due February 01.

I am not capable of reviewing the motion or preparing any opposition at this time.

I respectfully request that the hearing be continued for 14 days to hopefully allow me to recover.

                                    The Court grants the request for a two week continuance.

Sincerely,                        The motion is continued to Friday, March 7, 2008, at 9:00 a.m.
/s/Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
ATTORNEY FOR PLAINTIFFS



*Correspondence 20070130*