PHILIP STEVEN HORNE, ESQ. 173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.

| | |
|---|---|
| Office: | 1155 Market Street |
| | San Francisco, California 94103 |
| Voice: | 415.552.2740 and 415.553.7781 |
| Facsimile: | 415.552.2770 and 415.553.7791 |
| Electronic: | philhorne@sbcglobal.net |
| Post: | 377 Hermann Street |
| | San Francisco, California 94117 |

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR, <br><br>   Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION, a Corporation, WACHOVIA SBA LENDING, INC., a Corporation, KENNETH MCGUIRE, an Individual, ANN NONEMAKER, an Individual, and DOES 1-300, <br><br>   Defendants. | No. C-07-04551-WDB <br><br> **DECLARATION OF ROBIN SERRAHN, MD, REGARDING MEDICAL CONDITION OF COUNSEL FOR PLAINTIFFS** |

*Declaration of Robin Serrahn, MD, Regarding Medical Condition of Counsel for Plaintiffs*
*1*

I, Robin Serrahn, hereby declare as follows:

1. I am a medical doctor duly licensed by the State of California.

2. Since about 2008 January 02, I have been treating Philip S. Horne for a bleeding ulcer. The bleeding ulcer was apparently caused by the ingestion of NS Aids for back pain.

3. A bleeding ulcer is a serious and life threatening condition. Bleeding ulcers kill tens of thousands of Americans each year.

4. Mr. Horne lost approximately 30 pounds of weight, is weak and unable to stand or walk for more than short periods, and is in constant pain.

5. I prescribed Oxycodone for the pain. Oxycodone is a heavy-duty and disabling narcotic.

6. I placed the following work restrictions on Mr. Horne: No lifting whatsoever and no more than 20 hours of work per week.

I make the foregoing declaration under penalty of perjury under the laws of the State of California. Executed in San Francisco this Sixth Day of February 2008.