1  PHIL HORNE, ESQ. 173183
   justicephil@gmail.com

2      Domain:      justicephil.com (2008 August)
       Brick:       1155 Market Street
3                   San Francisco, California 94103
       Voice:       415.522.1170
4      Facsimile:   415.552.2770

5  ATTORNEYS FOR PLAINTIFF

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP,<br>THOMAS HAMPTON DEAR,<br><br>   Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION,<br>a Corporation,<br>WACHOVIA SBA LENDING, INC.,<br>a Corporation, et al.,<br><br>   Defendants. | No. C-07-04551-SI<br><br>**DECLARATION OF KNAPP IN OPPOSITION TO REQUEST FOR CHANGE OF VENUE**<br><br>**2008 May 16 0900 Hours**<br>**THE HONORABLE SUSAN ILLSTON**<br>**JUDGE OF THE DISTRICT COURT** |

I, Patrick Knapp, declare:

1. I am the plaintiff herein.

2. At all relevant times, I was in a monogamous relationship with co-plaintiff. Since 2006, we have resided in two homes—one in San Francisco and one in Roseville.

3. At all relevant times, I was a recovering alcoholic with over fifteen (15) years of sobriety and disabled by HIV/AIDS.

4. In 2006 and prior, I was employed by Wachovia Corporation and its subsidiary, Wachovia Corporation SBA, as a loan salesman. My boss was Kenneth McGuire. At all times, I was open about my orientation with all of my co-workers and Kenneth McGuire.

5. For defendants, I worked hard and achieved exemplary sales—among the highest loan sales in the massive Wachovia Corporation.

6. Wachovia Corporation gave me one of its highest awards and recognition.

7. In my exemplary service, I traveled throughout California and the United States where I researched markets, customers, and loans.

8. I am familiar with the geographic boundaries of the Eastern and Northern Districts of California.

9. I conducted business for defendants with clients throughout the Eastern and Northern Districts of California as well as districts throughout the United States.

10. I regularly met clients and prospective clients in San Francisco.

11. On or about 2006 January, Kenneth McGuire invited the whole department out for a night of girls, drinking, and smoking.

12. I unsuccessfully tried to "beg off" the invitation.

13. At a saloon, Mr. McGuire insisted I drink. I objected. Still he insisted. As the night wore on Mr. McGuire repeated his invitation to imbibe and even ridiculed me for not drinking.

14. This episode followed several disparaging remarks made by other workers of Wachovia Corporation and Wachovia SBA about my orientation and HIV and recovery disabilities.

15. I made a complaint to Wachovia Corporation's Human Resources Department—which is located in Wachovia Corporation's Western Regional Sales Division Headquarters—in Wachovia Corporation's California Headquarters in Oakland, California.

16. I included the above episode and other instances of harassment and discrimination—based on orientation, HIV disability, and recovery disability—all of which I suffered while working for Wachovia and Wachovia SBA and impliedly asked for sensitivity training for the department in general and McGuire in particular.

17. Wachovia Corporation allegedly investigated the complaints and found them unsubstantiated.

18. As stated above, the personnel office of Wachovia Corporation is located in the Oakland headquarters. Accordingly, the decision to do nothing about my complaint was made in the Northern District.

19. McGuire retaliated against me by removing my sales territories and instructing me to cease having contact with my customers.

20. I suffered the loss of my business in the Northern District and the other districts.

21. I made a complaint about the above misconduct to the Equal Employment Opportunity Commission in San Francisco and the Department of Fair Employment and Housing in Oakland, received right to sue letters, and filed the present action.

22. The distance between the Eastern District courthouse in Sacramento and the Northern District courthouse in Oakland is approximately 75 miles. The distance between the Eastern District

courthouse in Sacramento and the Northern District courthouse in San Francisco is approximately 85 miles.

23. The relevant medical records for the present action are held by various treating doctors whose offices are located in the Eastern and Northern Districts.

24. The relevant personnel files are located in the above-described regional office in Oakland.

25. The EEO and DFEH records are located in San Francisco and Oakland respectively.

I reviewed the foregoing declaration. It is true of my own knowledge. If called to court, I could and would so testify. This declaration was made in San Francisco this Twenty-Fifth Day of April 2008. I make this declaration under penalty of perjury under the laws of the State of California. /s/Patrick Knapp