PHIL HORNE, ESQ. 173183
justicephil@gmail.com

| | |
|---|---|
| Domain: | justicephil.com (2008 August) |
| Brick: | 1155 Market Street |
| | San Francisco, California 94103 |
| Voice: | 415.577.1170 |
| Facsimile: | 415.552.2770 |

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR,  Plaintiffs,  v.  WACHOVIA CORPORATION, a Corporation, WACHOVIA SBA LENDING, INC., a Corporation, et al.,  Defendants. | No. C-07-04551-SI  **NOTICE OF DISMISSAL (DEF. MCGUIRE & NONEMAKER ONLY)**  **THE HONORABLE SUSAN ILLSTON JUDGE OF THE DISTRICT COURT** |

    Plaintiffs Knapp and Dear hereby dismiss, without prejudice, Individual Defendants McGuire and Nonemaker.

2008 April 30                        /s/Phil Horne, Esq.
                                        Phil Horne, Esq.