PHIL HORNE, ESQ. 173183
justicephil@gmail.com

    Domain:     justicephil.com (2008 August)
    Brick:        1155 Market Street
                    San Francisco, California 94103
    Voice:       415.577.1170
    Facsimile:  415.552.2770

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP,<br>THOMAS HAMPTON DEAR,<br><br>   Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION,<br>a Corporation,<br>WACHOVIA SBA LENDING, INC.,<br>a Corporation, et al.,<br><br>   Defendants. | No. C-07-04551-SI<br><br>**NOTICE OF DISMISSAL**<br>**(DEF. MCGUIRE & NONEMAKER ONLY)**<br><br>**THE HONORABLE SUSAN ILLSTON**<br>**JUDGE OF THE DISTRICT COURT** |

      Plaintiffs Knapp and Dear hereby dismiss, without prejudice, Individual Defendants McGuire and Nonemaker.

2008 April 30                           /s/Phil Horne, Esq.
                                         Phil Horne, Esq.