UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KNAPP, et al.,

            Plaintiff(s),

v.

WACHOVIA CORPORATION, et al.,

            Defendant(s).
_____/

Case No. C-07-04551

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2008 May 09

/s/Leith Patrick Knapp
[Party]

Dated: 2008 May 09

/s/Phil Horne, Esq.
[Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KNAPP, et al.,

            Plaintiff(s),

Case No. C-07-04551

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

WACHOVIA CORPORATION, et al.,

            Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 2008 May 09

/s/Thomas Hampton Dear
[Party]


Dated: 2008 May 09

/s/Phil Horne, Esq.
[Counsel]