UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEITH PATRICK KNAPP and
THOMAS HAMPTON DEAR

        Plaintiff(s),

   v.

WACHOVIA CORPORATION and
WACHOVIA SBA LENDING, INC.,

        Defendant(s).
_____/

CASE NO. C-07-4551 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 16, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Eden Anderson | Wachovia Corporation/ Wachovia SBA Lending, Inc. | (415) 544-1021 | eanderson@seyfarth.com |
| Mark Grajski | Same as above | (916) 498-7006 | mgrajski@seyfarth.com |
| Philip Horne | Leith Knapp/Thomas Dear | (415) 552-2740 | phorne@sbcglobal.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: **2008 May 09**         *[signature: PSD]*
                                                   Attorney for Plaintiff

Dated:_____                                     Attorney for Defendant

Rev 1.05